# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX FREIGHT, INC, <br><br> Plaintiff, <br><br> v. <br><br> INVACARE CORPORATION, <br><br> Defendant. | No. 2:25-cv-02564-SHL-cgc |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 4th day of June, 2025.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE